# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BLITZSAFE TEXAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APTIV PLC, <br><br> Defendant. | CIVIL ACTION NO. 2:21-CV-00160-JRG |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Blitzsafe Texas, LLC ("Blitzsafe" or "Plaintiff") and Defendant Aptiv PLC ("Aptiv") have resolved Plaintiff's claims for relief against Aptiv asserted in this case.

NOW, THEREFORE, Plaintiff and Aptiv, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Aptiv with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

Dated: March 22, 2022

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFF**

*/s/ Peter Lambrianakos*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**

**ATTORNEYS FOR DEFENDANT**

*/s/ David G. Wille (with permission)*
David G. Willie
State Bar No. 00785250
david.wille@bakerbotts.com
Jeff D. Baxter
State Bar No. 24006816
jeff.baxter@bakerbotts.com
Mark H. Johnson
State Bar No. 24106144
mark.johnson@BakerBotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone: (214) 953-6500

411 Theodore Fremd Avenue, Suite 206 South     Facsimile: (214) 953-6503
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
Texas State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 22, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Peter Lambrianakos*
Peter Lambrianakos

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this motion is jointly presented and agreed.

*/s/ Peter Lambrianakos*
Peter Lambrianakos
