## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| BLITZSAFE TEXAS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:21-CV-00160-JRG |
| | § | |
| APTIV PLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion").  (Dkt. No. 61).  In the Motion, the parties jointly move to dismiss Blitzsafe Texas, LLC's ("Plaintiff") claims against Aptiv PLC ("Defendant") with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.  Each party is to bear its own costs, expenses, and attorneys' fees.  The Clerk is directed to **CLOSE** the above-captioned case.

So ORDERED and SIGNED this 7th day of April, 2022.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE